(78 South. 644)

KELLY v. STATE. (4 Div. 568.)

(Court of Appeals of Alabama. April 16, 1918.)

CRIMINAL LAW ⟐1159(3) — APPEAL — REVIEW—CONFLICTING EVIDENCE.

Where the evidence is conflicting, and that offered by the state, if believed, is sufficient to support a judgment for conviction, the judgment will not be disturbed on appeal.

Appeal from Circuit Court, Geneva County; H. A. Pearce, Judge.

Jesse Kelly was convicted of a crime, and he appeals. Affirmed.

W. O. Mulkey, of Geneva, for appellant. F. Loyd Tate, Atty. Gen., and David W. W. Fuller, Asst. Atty. Gen., for the State.

BROWN, P. J. The only question presented in this case is one of fact. The evidence is in irreconcilable conflict, and that offered by the state, if believed, is sufficient to support the conclusion that the defendant is guilty as charged. The trial judge was in a better position to judge of the credibility of the witnesses than we are, and we do not feel justified in disturbing the judgment of conviction. Williams v. State, ante, p. 329, 77 South. 923. Affirmed.